UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PALMA                                                                 CIVIL ACTION

VERSUS                                                                NO: 11-3093

ASHLAND SERVICES LLC ET AL                        SECTION: "J"

ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, within sixty days, to seek summary judgment enforcing the compromise if it is not consummated by that time.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 28th day of May, 2013

_____
UNITED STATES DISTRICT JUDGE